## IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | No. *M 08- 71 - BA* |
| ) | |
| **LEA ANN NEWTON,** ) | **Violation: 29 U.S.C. § 439(c)** |
| ) | |
| **Defendant.** ) | |

### INFORMATION

The United States Attorney charges:

1.      During 2005 the defendant, **LEA ANN NEWTON**, worked as the Office Secretary for the Painters and Allied Trades, AFL-CIO Local 807.

2.      Painters and Allied Trades, AFL-CIO, Local 807 was a labor organization engaged in an industry affecting commerce and subject to the labor management reporting and Disclosure Act of 1959, 29 U.S.C. § 401, et. seq., and was required to file Labor Organization Annual Report Forms, known as LM-3 reports, with the Secretary of Labor.

3.      On or about January 7, 2005, and continuing through August 26, 2005, at Oklahoma City, Oklahoma, in the Western District of Oklahoma,

-------------------------------------- **LEA ANN NEWTON,** --------------------------------------

the defendant herein, did willfully make a false entry and conceal records required to be kept by Section 436 of Title 29, United States Code, that is the defendant wrote checks made

payable to herself and in the corresponding general ledger, falsely represented that the checks were void or made payable to fictitious payees. The general ledger was a record on matters which were required to be reported in the annual financial report of the Painters and Allied Trades, AFL-CIO, Local 807 and which was required to be filed with the Secretary of Labor for such labor organization's fiscal year ending on December 31, 2005.

**All in violation of Title 29, United States Code, Section 439(c).**

JOHN C. RICHTER
United States Attorney

VICKI ZEMP BEHENNA
Assistant U.S. Attorney